1  Michael D. Braun (SBN 167416)
   **BRAUN LAW GROUP, P.C.**
2  1999 Avenue of the Stars., Suite 1100
   Los Angeles, CA 90067
3  Telephone:  (310) 836-6000
   Facsimile:   (310) 836-6010
4  E-Mail: service@braunlawgroup.com

5  Roy A. Katriel (SBN 265463)
   **THE KATRIEL LAW FIRM, P.C.**
6  4225 Executive Square, Suite 600
   La Jolla, CA 92037
7  Telephone: (858) 242-5642
   Facsimile: (858) 430-3719
8  E-mail: rak@katriellaw.com

9
   *Counsel for Plaintiffs*
10

11

12

13                    **UNITED STATES DISTRICT COURT**

14                    **CENTRAL DISTRICT OF CALIFORNIA**

15                           **WESTERN DIVISION**

16

17  **DANIEL DOBBS, SEAN RICKARD, GREG DELANEY, AND WILLIAM HENSON, on behalf of themselves and all others similarly situated,**

   **CASE NO. 2:16-CV-00456-R-JC**

18
19
20          **Plaintiffs,**

   **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

21       vs.

   Judge: Hon. Manuel L. Real
   Courtroom:  8, 2nd Floor

22  **AMERICAN HONDA MOTOR COMPANY, INC.,**

   Complaint Filed:  January 21, 2016

23
24          **Defendant.**

25
26
27
28

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Daniel Dobbs, Sean Rickard, Greg Delaney, and William Henson hereby file this Notice of Voluntary Dismissal of the above-entitled action.

Dated: June 2, 2016                                         Respectfully submitted,


/s/ Roy A. Katriel\_\_\_\_\_

Roy A. Katriel (SBN 265463)
**THE KATRIEL LAW FIRM, P.C.**
4225 Executive Square, Suite 600
La Jolla, CA 92037
Telephone: (858) 242-5642
Facsimile: (858) 430-3719
E-mail: rak@katriellaw.com

Michael D. Braun (SBN 167416)
**BRAUN LAW GROUP, P.C.**
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone:   (310) 836-6000
Facsimile:   (310) 836-6010
E-Mail: service@braunlawgroup.com

*Counsel for Plaintiffs*